**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge William J. Martínez**

Civil Action No. 18-cv-0069-WJM-KLM

MALKA RAUL, Derivatively on Behalf of Nominal Defendant, PILGRIM'S PRIDE
CORPORATION,

      Plaintiff,

v.

ANDRE NOGUEIRA DE SOUZA,
DENILSON MOLINA,
TAREK FARAHAT,
GILBERTO TOMAZONI,
WESLEY MENDONCA BATISTA,
JOESLEY MENDONCA BATISTA,
WILLIAM W. LOVETTE,
WALLIM CRUZ DE VASCONCELLOS JUNIOR,
DAVID E. BELL,
MICHAEL L. COOPER,
CHARLES MACALUSO,
FABIO SANDRI, and
JBS S.A.,

      Defendants,

-and-

PILGRIM'S PRIDE CORPORATION,

      Nominal Defendant.

---

**ORDER GRANTING PLAINTIFF'S UNOPPOSED**
**MOTION FOR VOLUNTARY DISMISSAL**

---

This matter comes before the Court on the Plaintiff's Unopposed Motion for

Voluntary Dismissal, filed August 31, 2018 (ECF No. 49).  The Court having reviewed

the Motion and being fully advised hereby ORDERS as follows:

The Plaintiff's Motion is GRANTED.  The above-captioned action is hereby

DISMISSED WITHOUT PREJUDICE.  Each party shall pay his, her or its own

attorney's fees and costs.

Dated this 4th day of September, 2018.

BY THE COURT:

_____

William J. Martinez
United States District Judge